# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>JERMAINE ANDRE BLAND<br><br>Date of Original Judgment: June 5, 2006<br>Date of Previous Amended Judgment: N/A<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 2:05-CR-27-1H<br>USM No: 25529-056<br><br>Thomas P. McNamara<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

Although application of the retroactive amendment results in a lower guideline imprisonment range, the defendant did not receive a reduction under 18 U.S.C. § 3553(e) or Rule 35. The original range was 151 to 188 months and the minimum term required by statute, 120 months, was imposed pursuant to § 5K1.1. Therefore, a sentence below the mandatory minimum is not authorized.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated June 5, 2006 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 12/20/2012

*Judge's Signature*

Effective Date: _____
*(if different from order date)*

Malcolm J. Howard, Senior US District Judge
*Printed name and title*