UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jermaine Andre Bland**     **Docket No. 2:05-CR-27-1H**

### Petition for Action on Supervised Release

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Jermaine Andre Bland, who, upon an earlier plea of guilty to Distribution of More Than 50 Grams of Cocaine Base, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge on June 5, 2006, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Jermaine Andre Bland was released from custody on January 7, 2016, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 11, 2016, the defendant provided a urine sample that was submitted for laboratory analysis. On January 17, 2016, laboratory analysis revealed positive results for cocaine. Bland has agreed to report for a substance abuse evaluation and follow up as directed with any recommended treatment. Additionally, as a sanction for this violation conduct, confinement of 2 days in the custody of the Bureau of Prisons and participation in the DROPS Program (second use level) is recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; Bland shall begin the DROPS Program in the second use level.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Jermaine Andre Bland
Docket No. 2:05-CR-27-1H
Petition For Action
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael W. Dilda
Michael W. Dilda
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2342
Executed On: February 11, 2016

ORDER OF THE COURT

Considered and ordered this 16th day of Feb, 2016 and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge